PIERCE BAINBRIDGE BECK PRICE & HECHT LLP

**Via ECF**

August 15, 2018

Hon. Allison D. Burroughs
U.S. District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

**Re: 600 lb Gorillas, Inc. ("Gorillas") v. Fieldbrook Foods Corp. ("Fieldbrook") and Mister Cookie Face, LLC ("MCF"), Case No. 15-CV-13991-ADB (D. Mass.)**

Dear Judge Burroughs:

Plaintiff submits this letter requesting that closing arguments be held after the lunch break on Wednesday, August 15th.

Plaintiff has been diligently working on its closing argument presentation, but progress has been slowed by other pressing matters relating to the case, as well as the substantial size of the trial record, additional evidence adduced yesterday and today (with still more tomorrow), revisions to the jury instructions, and various technological challenges. We plan to work through the night, but still anticipate that the closing argument presentation will not be ready before tomorrow's lunch break. In addition, we will want some time after tomorrow's conclusion of the Burns testimony and the finalization of the jury instructions and verdict sheet (and any other stray matters) to adjust our closing arguments accordingly.

Given the foregoing, as well as the Court's stated preference that both closing arguments proceed without an intervening lunch break, Plaintiff requests that both closing arguments be presented to the jury after the lunch break.


Sincerely,

/s/ Andrew J. Lorin

Andrew J. Lorin

cc: Blake Hannafan, Esq. (via ECF)