UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

600 LB GORILLAS, INC.,                          *
                                                *
              Plaintiff,                        *
                                                *
       v.                                       *
                                                *        Civil Action No. 15-cv-13991-ADB
FIELDBROOK FOODS CORP. and MISTER               *
COOKIE FACE, LLC,                               *
                                                *
              Defendants.                       *
                                                *

## VERDICT FORM

I.    **600 LB GORILLAS' CLAIMS**

   A. **Contract Claims**

   1. Did 600 lb Gorillas prove by a preponderance of the evidence that Mister Cookie Face breached the parties' contract?

                 Proven __✓__   Not proven ____ (check one)

   2. Did 600 lb Gorillas prove by a preponderance of the evidence that Mister Cookie Face breached the covenant of good faith and fair dealing?

                 Proven __✓__   Not proven ____ (check one)

   3. Did 600 lb Gorillas and Fieldbrook Foods enter into an enforceable contract for the production of ice cream sandwiches according to agreed-upon specifications?

                 Yes __✓__   No ____ (check one)

**If "no," go to Question 6.**

4.  Did 600 lb Gorillas prove by a preponderance of the evidence that Fieldbrook Foods breached the parties' contract?

Proven _____   Not proven _✓_ (check one)

5.  Did 600 lb Gorillas prove by a preponderance of the evidence that Fieldbrook Foods breached the covenant of good faith and fair dealing?

Proven _✓_   Not proven _____ (check one)

**B. Negligent Misrepresentation**

6.  Did 600 lb Gorillas prove negligent misrepresentation by a preponderance of the evidence as to Mister Cookie Face?

Proven _✓_   Not proven _____ (check one)

7.  Did 600 lb Gorillas prove negligent misrepresentation by a preponderance of the evidence as to Fieldbrook Foods?

Proven _✓_   Not proven _____ (check one)

**If you did not check "Proven" in response to any of the questions above (Questions 1-7), go to Question 10.**

8. **If you checked "proven" in response to question 1, 2, or 6:**

What amount of money will fairly and adequately compensate 600 lb. Gorillas for damages caused by claims you have found proven as against Mister Cookie Face (**Questions 1, 2, or 6**)?

$ _580,000_ (Amount in figures)

$_five hundred eighty thousand_ (Amount in words)

9. **If you checked "proven" in response to question 4, 5 or 7:**

What amount of money will fairly and adequately compensate 600 lb. Gorillas for damages caused by claims you have found proven as against Fieldbrook Foods (**Questions 4, 5 or 7**)?

$ _145,000_ (Amount in figures)

$_one hundred forty -five thousand_ (Amount in words)

## C. 93A

10. Did 600 lb Gorillas prove by a preponderance of the evidence that Mister Cookie Face committed an unfair or deceptive act or trade practice?

Proven ____   Not proven _✓_ (check one)

**If "Not Proven," go to Question 12.**

11. Did the unfair or deceptive act or trade practice occur "primarily and substantially" in Massachusetts?

Yes ____   No ____ (check one)

12. Did 600 lb Gorillas prove by a preponderance of the evidence that Fieldbrook Foods committed an unfair or deceptive act or trade practice?

Proven _____   Not proven __✓__ (check one)

**If "Not Proven," go to Question 14.**

13. Did the unfair or deceptive act or trade practice occur "primarily and substantially" in Massachusetts?

Yes _____   No _____ (check one)

**D. Veil Piercing**

14. Did 600 lb. Gorillas prove by a preponderance of the evidence that the facts of this case warrant the piercing of the corporate veil?

Proven _____   Not proven __✓__ (check one)

**Continue to next page**

## II.  MISTER COOKIE FACE'S CLAIMS

### E.  Contract Claims

15. Did Mister Cookie Face prove by a preponderance of the evidence that 600 lb Gorillas breached the parties' contract?

Proven __✓__    Not proven ____ (check one)

16. Did Mister Cookie Face prove by a preponderance of the evidence that it is entitled to recover from 600 lb Gorillas on a theory of quantum meruit?

Proven __✓__    Not proven ____ (check one)

17. Did Mister Cookie Face prove by a preponderance of the evidence that it is entitled to recover from 600 lb Gorillas on a theory of promissory estoppel?

Proven ____    Not proven __✓__ (check one)

### F.  Negligent Misrepresentation

18. Did Mister Cookie Face prove negligent misrepresentation by a preponderance of the evidence as to 600 lb Gorillas?

Proven ____    Not proven __✓__ (check one)

5

**If you did not check "Proven" in response to any of the questions above (Questions 15-18), go to Question 20.**

19. What amount of money will fairly and adequately compensate Mister Cookie Face for damages caused by claims you have found proven?

$ _270,785.37_ (Amount in figures)

$two hundred seventy thousand, (Amount in words)
seven hundred eighty-five dollars and
thirty-seven cents.

**G. 93A**

20. Did Mister Cookie Face prove by a preponderance of the evidence that 600 lb Gorillas committed an unfair or deceptive act or trade practice?

Proven _____   Not proven _✓_ (check one)

**If "Not Proven," your deliberations are concluded.**

21. If "Proven," did the unfair or deceptive act or trade practice occur "primarily and substantially" in Massachusetts?

Yes _____   No _____ (check one)

_August 17, 2018_
Date

_[signature]_
Foreperson

6